NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROGER ROBINSON,              )
                                 )
        Appellant,      )
                                 )
v.                           )      Case No. 2D19-969
                                 )
STATE OF FLORIDA,    )
                                 )
        Appellee.      )
_____)

Opinion filed October 30, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Kemba Lewis,
Judge.

PER CURIAM.

        Affirmed.

SILBERMAN, MORRIS, and ATKINSON, JJ., Concur.